CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

SEP 0 2 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHARLES W. CAMPBELL, *Plaintiff,* | CIVIL ACTION No. 6:09-cv-00038 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, *Defendant.* | NORMAN K. MOON UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Michael F. Urbanski for proposed findings of fact and a recommended disposition. The parties subsequently filed cross-motions for summary judgment, and on August 12, 2010, Judge Urbanski filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1.  the Report (docket no. 15) of August 12, 2010, is ADOPTED in its entirety;

2.  the Commissioner's motion for summary judgment (docket no. 11) is GRANTED;

3.  Plaintiff's motion for summary judgment (docket no. 10) is DENIED;

4.  the Commissioner's final decision in this case is AFFIRMED; and

5.  this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Michael F. Urbanski.

It is so ORDERED.

ENTERED this 2nd day of September, 2010.

　　　　　　　　　　　　　　　　　　　　Norman K. Moon
　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE